FILED

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0548

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRYAN HUGH HINDMAN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 14, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 7 2022